UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOT PORCO & CONSTRUCTION
DIRECTIONS, LLC,

                              Plaintiffs,

        -against-

PINNACLE HOLDINGS, LLC and PINNACLE
GROUP, LLC,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    10/4/2021

18 cv 5938 (NSR)

**DISMISSAL ORDER**

NELSON S. ROMÁN, United States District Judge:

On June 21, 2021, the Court ordered Plaintiffs to show cause in writing on or before July 6, 2021 why their claims against Defendants Pinnacle Holdings, LLC and Pinnacle Group, LLC should not be dismissed for want of prosecution pursuant to Fed R. Civ. P. 41(b). (ECF No. 55.) The Court also directed Plaintiffs to serve this order on Defendants Pinnacle Holdings, LLC and Pinnacle Group, LLC and to file proof of service on the docket. The Court indicated that failure to comply with the Court's Order to Show Case would result in dismissal of this action for want of prosecution.

Plaintiffs have neither filed proof of service nor responded o the Court's Order to Show Cause. Accordingly, this matter is hereby dismissed for want of prosecution.

Dated:   October 4, 2021                          SO ORDERED:
         White Plains, New York

                                        _____
                                             NELSON S. ROMÁN
                                          United States District Judge